IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Magistrate No.   21-2243 |
| ) | [UNDER SEAL] |
| JUSTICE THORPE ) | |

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Sean P. Kiley, being duly sworn, do depose and state the following:

### INTRODUCTION

1. I am a Deputy of the United States Marshals Service and have been so employed since August 2002. I am currently assigned to the Western Pennsylvania Fugitive Task Force (WPAFTF), which is composed of federal, state and local law enforcement officers investigating federal, state and local fugitives. I have received specialized training at the Federal Law Enforcement Training Center in Glynco, Georgia. I have been involved in numerous fugitive investigations dealing with fugitives wanted for various crimes including violent crimes, narcotics violations, and white-collar crimes.  While conducting various investigations, I have utilized a variety of investigative techniques and resources. These techniques include physical and electronic surveillance, telephone call analysis, and informants and cooperating sources. Throughout my tenure as a Deputy United States Marshal (DUSM), I have interviewed and interrogated many people, and this information has led to the apprehension of numerous fugitives.

2. I have knowledge of the facts set forth in this affidavit based on my own participation in this investigation and based on information provided to me by others mentioned herein.

### PURPOSE AND SCOPE

3. This Affidavit is submitted in support of a criminal complaint charging a fugitive,

Justice Thorpe (THORPE), with violating Title 18 United States Code, Section 1073, Unlawful Flight to Avoid Prosecution.

## FACTUAL BACKGROUND

4. Beginning on November 4, 2021 and continuing to the present date, the U.S. Marshals Service (USMS) Western Pennsylvania Fugitive Task Force (WPAFTF) has been investigating the whereabouts of fugitive Justice THORPE, currently wanted on three outstanding arrest warrants issued in the Commonwealth of Pennsylvania.

5. The first arrest warrant is the result of criminal charges filed against THORPE by the Uniontown Police Department (UPD) at OTN# R 181213-4 in Fayette County, Pennsylvania. On October 5, 2021 at approximately 13:55 hours, UPD officers responded to 47 Pershing Court, Uniontown, Pennsylvania, for an active domestic dispute in which a woman was physically assaulted and had her cell phone stolen. UPD officers obtained and reviewed video footage of the incident in which they observed Justice THORPE punching the victim repeatedly about the head and face before forcefully taking the women's cell phone. THORPE was charged by the UPD with Robbery, a felony of the third degree, and Simple Assault, a misdemeanor of the second degree. A warrant for Thorpe's arrest was issued on October 05, 2021. Since the issuance of the arrest warrant, UPD officers have been unsuccessful in their efforts to apprehend Thorpe, and he remains a fugitive from justice.

6. The second arrest warrant issued for Justice THORPE is the result of criminal charges filed against him by the Perryopolis Police Department (PPD) at OTN# R 188896-1 in Fayette County, Pennsylvania. On October 6, 2021, PPD was dispatched to 301 LaFayette Street, Perryopolis, Pennsylvania, for a reported burglary. The victim reported that as she was returning to her home, she noticed that there was a silver sedan sitting behind her garage with an unknown

woman in the front and an unknown male in the back seat. The victim asked what they were doing there in which the two indicated that they were waiting for "JJ" (aka Justice THORPE). The victim began to back into her driveway when she saw another male exit her front door holding several of her personal belongings. The victim yelled at which time the man ran to the awaiting vehicle and sped off. THORPE was later identified as the individual who burglarized the victim's home. THORPE was charged by the PPD with Burglary, a felony of the first degree, and Endangering the Welfare of Children, also a felony. A warrant for his arrest was issued on October 28, 2021. Efforts to apprehend THORPE on the warrant have been unsuccessful, and he remains a fugitive from justice.

7. Justice THORPE is also wanted by the Pennsylvania Board of Probation and Parole (PBPP) for absconding supervision on an original conviction of Person Not to Possess a Firearm. On August 12, 2018 the Pennsylvania State Police (PSP) in Uniontown, Pennsylvania initiated a felony stop on a stolen vehicle. The driver (Justice THORPE) exited the vehicle and was arrested. A subsequent search of that vehicle resulted in PSP recovering a firearm from the glove box of the vehicle. THORPE indicated that he placed the firearm into the glove box when police activated the emergency lights. Following THORPE's conviction for Person Not to Possess a Firearm, a felony offense, the sentence imposed included supervision by the PBPP. THORPE subsequently absconded supervision and PBPP is issued a warrant for his arrest on July 16, 2021. Efforts to apprehend THORPE on the warrant have been unsuccessful, and he remains a fugitive from justice.

8. On November 4, 2021, PBPP requested the assistance of the United States Marshals Service (USMS) WPAFTF in apprehending Justice THORPE. WPAFTF members Deputy U.S.

Marshal (DUSM) Sean P. Kiley and Task Force Officer (TFO) Bruce Goolsby were assigned the state fugitive investigation.

9. On November 4, 2021, TFO Goolsby and members of the WPAFTF searched for THORPE in the Uniontown area of Fayette County with negative results.

10. TFO Goolsby spoke recently with a confidential source who is known by TFO Goolsby to have a close relationship with THORPE. The source indicated that THORPE is aware that he is wanted by law enforcement on active arrest warrants, and that he fled Pennsylvania in an effort to evade capture. The source also stated that THORPE is using a Facebook account with the username "eastend loco."

11. On November 4, 2021 TFO Goolsby conducted a review of the Facebook User Account "eastend loco". TFO Goolsby confirmed that the individual in the profile picture and multiple pictures on the account "eastend loco" matched the likeness to the Pennsylvania Department of Corrections photographs for Justice THORPE.

12. On November 9, 2021 TFO Goolsby observed a conversation on the "Eastend Loco" Facebook page in which Justice THORPE told another individual that he was in South Carolina.

13. Through further investigation, DUSM Kiley and TFO Goolsby utilized the CP Clear database which contains subject information as well as address information from consumer reporting agencies. Two of the consumers reporting agencies are live gateway calls that will return the most up-to-date information they have for the subject. This report also includes other extensive national and state databases for a summary of assets, driver licenses, professional licenses, real properties, vehicles and much more. Using advanced search techniques, the application identifies

the information that matches the subject and presents it in a comprehensive format.  The CP Clear search for new addresses related to Justice THORPE yielded negative results.

14. A review of the Commonwealth Law Enforcement Assistance Network (CLEAN) and National Criminal Information Center (NCIC) databases confirmed the existence of the arrest warrants for THORPE issued by the UPD, the PPD, and the Pennsylvania Board of Probation and Parole, along with the indication that full nationwide extradition is requested.

## CONCLUSION

15. Based on the foregoing, there is probable cause to believe that Justice THORPE traveled interstate and fled the Commonwealth of Pennsylvania in an effort to avoid prosecution on the felony criminal charges filed by the UPD and the PPD, and to avoid arrest on the warrant issued by the Pennsylvania Board of Probation and Parole stemming from THORPE's prior conviction, all in violation of Title 18, United States Code, Section 1073, Unlawful Flight to Avoid Prosecution on or about November 9, 2021.

The above information is true and correct to the best of my knowledge, information and belief.

/s/ Sean P. Kiley
SEAN P. KILEY
Task Force Officer
U.S. Marshals Service

Subscribed and sworn to before me, via telephone pursuant to Fed. R. Crim. P. 4.1(b)(2)(A), this 24th day of November 2021.

_____
HONORABLE PATRICIA L. DODGE
UNITED STATES MAGISTRATE JUDGE